Nancy Curry, Chapter 13 Trustee
606 South Olive Street, Suite 950
Los Angeles, CA 90014
(213) 689-3014  FAX (213) 689-3055

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>MARTINEZ, OMAR I.<br><br><br><br><br><br><br><br>                                    Debtor | ) CASE NO. LA 2:10-bk-21584-VK<br>)<br>) **CHAPTER 13**<br>)<br>) **TRUSTEE'S OBJECTION TO CONFIRMATION;**<br>) **0% PLAN; DECLARATION; NOTICE OF**<br>) **POSSIBLE DISMISSAL OR CONVERSION**<br>)<br>) **Date/Time: July 21, 2010 09:30 AM**<br>) **Courtroom 1675**<br>) **255 E. Temple Street**<br>) **Los Angeles, CA 90012** |

The Chapter 13 Standing Trustee hereby objects to confirmation of the proposed plan because the Debtor has failed to meet all necessary requirements as detailed in the attached declaration.

THE FAILURE OF THE DEBTOR, OR THE ATTORNEY REPRESENTING THE DEBTOR, TO APPEAR AT THE CONFIRMATION HEARING AND FAILURE TO PRESENT EVIDENCE THAT ALL REQUIRED PAYMENTS ARE CURRENT MAY RESULT IN DISMISSAL OR CONVERSION OF THE CASE.

WHEREFORE, the Trustee respectfully requests that confirmation of the plan be denied and for such other relief as the Court may deem appropriate.

DATED:  May 14, 2010                                                          /s/ Nancy Curry

TE OBJ TO PLN CNF

## DECLARATION OF NANCY CURRY

I, Nancy Curry, declare as follows:

1. I am the Chapter 13 Standing Trustee in this matter MARTINEZ, OMAR I., , LA 2:10-bk-21584-VK and I have personal knowledge of files and records kept by my office in the regular course of business. I have personally reviewed the files and records kept by my office in the within case. The following facts are true and correct and within my own personal knowledge and I could and would testify competently thereto if called upon to do so.

2. I object to confirmation of the proposed Plan because of the specific deficiencies which are set forth in the attached exhibit which is incorporated herein by reference. All of these deficiencies existed prior to or at the time of the §341(a) Meeting held in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 14, 2010                                         /s/ Nancy Curry

TE OBJ TO PLN CNF

If the Debtor fails to produce the requested documents and fails to resolve the issues set forth in this objection to confirmation, the Trustee will recommend dismissal or conversion of the case for cause and unreasonable delay that is prejudicial to creditors. See 11 U.S.C. §§1307(c) and 1307(c)(1).

*Other issues may arise at or before confirmation requiring additional action or information by the debtor and counsel.*

### Payments are not current

Declaration attesting that all deed of trust (mortgage) payments are current has not been filed, LBR 3015-1(m).

### Income

The Debtor is requested to provide complete copies of Federal and State Income Tax Returns, including W-2s, 1099s or other supporting documentation for the most recently ended calendar year [ 11 USC §521(e)(2), LBR 3015-1(c)(3)] – 2009 tax return not filed.

### Miscellaneous

The Debtor has a duty to cooperate with the Trustee. See 11 USC §521(3) and FRBP 4002(4).

The Debtor has the burden of proof for plan confirmation. See In re: *Huerta* 137 BR 356, 365 (Bkrtcy. C.D.Cal., 1992), In re: *Wolff* 22 B.R. 510, 512 (9th Cir. BAP (Cal.) 1982), In re *Hill* 268 B.R. 548, 552 (9th Cir. BAP (Cal.), 2001).

```
                              Case Status Report
             Los Angeles Division Nancy Curry, Chapter 13 Standing Trustee         Page    1
                    Status of Case as of    05/14/2010  11:17 AM                   Chapter 13
```

**1021584-VK**

MARTINEZ, OMAR I.                     Not Confirmed            60 Rmng of 60 Mos. @ $1,110.00 /mo.
                                                               Percent Pay Uns    0
                                      Atty: L. BISHOP AUSTIN   SSN: xxx-xx-3829   xxx-xx-
           9720 S. BROADWAY ST., #3        (213)388-4939       Debtor Plan Payment: $1,110.00 / M
           LOS ANGELES CA 90003

Debtor Type: Individual               Emplyr: SELF EMPLOYED
                                       ----- Last 6 Payments -----
Filed       03/27/2010                  $0.00            $0.00         Total Paid In       $0.00
First Mtg   05/13/2010                  $0.00            $0.00
Confirm Mtg 07/21/2010 @ 9:30           $0.00            $0.00
Plan Filed
Start Pmts  04/26/2010
Bar Date    08/11/2010

| Creditor Name | Number | Held | Clm Num | Last Pymt | Term | Int Rate | Fixed Pymnt | Disb Code | Debt /Value | Principal Paid | Claimed /Pd Dir | Tot Int Pd /Accrd Int | Balance /% Uns Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LOS ANGELES COUNTY TREASURER | 12000752 | | 201-0 | | Sec | 18.00 | $94.35 | 24 | $3,500.00 | | | $105.00 | $3,500.00 |
| LOS ANGELES COUNTY TREASURER | 12000752 | | 202-0 | | Sec | 18.00 | $202.18 | 24 | $7,500.00 | | | $225.00 | $7,500.00 |
| SCORE PROPERTIES TRUSTEE FUND | 19001356 | | 203-0 | | Sec A | | $101.67 | 24 | $6,100.00 | | | | $6,100.00 |
| SCORE PROPERTIES TRUSTEE FUND | 19001356 | | 301-0 | | Sec A | | $564.33 | 24 | $33,860.00 | | | | $33,860.00 |
| L. BISHOP AUSTIN | 91212100 | | 666-0 | | Lgl | | | 13 | $4,000.00 | | $2,000.00 $2,000.00 | | $2,000.00 |
| NANCY CURRY, TRUSTEE | 14009800 | | TRS-0 | | Tru | | | 00 | $4,633.92 | | | | $4,633.92 |

|  | Secured | Priority | Unsecured | Admin | Attorney | Continuing | Other | | |
|---|---|---|---|---|---|---|---|---|---|
| Total Debt | $50,960.00 | $0.00 | $0.00 | $0.00 | $4,000.00 | $0.00 | $0.00 | Amount Available | $0.00 |
| Total Paid | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | Funds Held | $0.00 |
| Total Int Pd | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | Principal Balance | $57,923.92 |
| Balance Due | $50,960.00 | $0.00 | $0.00 | $0.00 | $2,000.00 | | $4,633.92 | | |

$59,593.92   $0.00   $0.00

Budget
ER/H: SELF EMPLOYED
Inc:  $10,450.00    Occup:
Exp:  $9,273.00     ER/H:
Surp: $1,177.00     Occup:

## PROOF OF SERVICE OF DOCUMENT

**In Re:** MARTINEZ, OMAR I.
**Case No. LA 2:10-bk-21584-VK**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

NANCY CURRY, CHAPTER 13 TRUSTEE
606 S. OLIVE STREET, SUITE 950
LOS ANGELES, CA 90014

The foregoing document described as **CHAPTER 13 REQUIREMENTS AND MOTION TO DISMISS YOUR CHAPTER 13 BANKRUPTCY CASE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1(o)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rules(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On May 14, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Attorney for Debtor
L. BISHOP AUSTIN
3250 WILSHIRE BLVD., #1500
LOS ANGELES, CA 90010-

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On May 14, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
MARTINEZ, OMAR I.
9720 S. BROADWAY ST., #3
LOS ANGELES, CA 90003

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R. Civ.P.5 and/or controlling LBR, on May 14, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and /or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 14, 2010 | Sara R. Hussain | /s/ Sara R. Hussain |
|---|---|---|
| Date | Type Name | Signature |