| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br><br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br><br>CASE NUMBER 2:10-bk-21584-VK |
| In re<br><br>   Omar I Martinez<br><br><br><br>                                Debtor(s). | **DECLARATION SETTING FORTH**<br>**POSTPETITION, PRECONFIRMATION**<br>**DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY**<br>**RULE 3015-1(m)** |

I, ___Omar I Martinez___ *(Debtor's name),* hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on ___3/27/2010___.

2. I am the owner of real property[1] at the following street address:

      **9714 S Broadway St**

      **Los Angeles Ca, 90003**       (the "Property").

3. The Property is encumbered by the following deeds of trust:

   a.  First deed of trust in favor of **Score Properties Trustee Fund**.

   b.  Second deed of trust in favor of ____ *(if applicable).*

   c.  Third deed of trust in favor of ____ *(if applicable).*

*(Continued on next page)*

---

[1]A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                              **F 3015-1.4**
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                     Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*    **F 3015-1.4**

Local Bankruptcy Rule 3015-1(m) - Page 2 of 3

| In re<br>Omar I Martinez | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 2:10-bk-21584-VK |

4.  The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I

have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| **Score Properties Trustee Fund<br>3200 Mulford ASve Ste 201<br>Lynwood Ca, 90262** | **$2,017.00** | **1-15th May 2010** | **05/12/2010** |
| | **$6,267.00** | **1-15th June 2010** | **06/25/2010** |
| Creditor | | | |
| | | | |
| | | | |
| | | | |
| Creditor | | | |
| | | | |
| | | | |
| | | | |
| | | | |

5.  The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the

appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan

number.

*(Continued on next page)*

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each
mailed Payment and copies of the Certificates of Mailing must be attached.  If Payments are not mailed, Debtor must state
how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments
have been delivered.  For example, a copy of a statement, signed by the deed of trust holder's representative,
acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 3015-1.4**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*

F 3015-1.4

Local Bankruptcy Rule 3015-1(m) - *Page 3 of 3*

| In re<br>    Omar I Martinez | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 2:10-bk-21584-VK |

6.  Attached to this declaration are copies of the:

    ☐ cashier's checks,    ☐ money orders,    ☐ certified funds, or

    ☒ other proof of the Payments described in Paragraph 4 above.

7.  Also attached to this declaration are copies of the:

    ☐ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

    ☐ acknowledgment(s) signed by the Creditor's representative, or

    ☒ other documents that prove delivery of the Payments described in Paragraph 4 above.

    I declare under penalty of perjury that the foregoing is true and correct.

Date   July 20, 2010                              Signature   _____

                                                              Omar I Martinez
                                                              Debtor

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                          F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                              Best Case Bankruptcy

L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939  Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In Re:<br><br>Omar Ismael Martinez<br><br><div align="center">Debtor(s)</div> | CHAPTER 13<br>CASE NO: 2-10-bk-21584-VK<br><br>DECLARATION RE: MORTGAGE PAYMENT SENT TO LENDER(s)<br>[NO HEARING REQUIRED] |

I, Omar Ismael Martinez, am the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

On June 25, 2010 I went to Score Properties Trustee Fund to make my mortgage payment for both of the propertys I have total with all units my mortgage payment $6,267.00. See attached copy of the receipt(s) Score Properties trustee Fund gives me when I take my payments.

This payment is for the month of June, 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 20, 2010

_____
Debtor


_____
Joint Debtor



**RECEIPT**

DATE
RECEIVED FROM *Omar Martinez*

NO. *382087*
$ *3417*

DOLLARS

○ FOR RENT
Ⓧ FOR *Payment on Stark Note*

| ACCOUNT | | ○ CASH | FROM | TO |
| PAYMENT | | ○ CHECK | | |
| BAL. DUE | | ○ MONEY ORDER | BY | |

1182

**RECEIPT**

DATE *6-25-10*
RECEIVED FROM *Omar Martinez*

No. *382084*
$ *2850*

DOLLARS

○ FOR RENT
Ⓧ FOR *Payment on Stark Note*

| ACCOUNT | | ○ CASH | FROM | TO |
| PAYMENT | | ○ CHECK | | |
| BAL. DUE | | ○ MONEY ORDER | BY | |

1182

receipt number:
382083
Payed 6/25/2010