| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br><br>CASE NUMBER 2:10-bk-21584-VK |
|---|---|
| In re<br><br>Omar I Martinez<br><br><br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, __Omar I Martinez__ *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on __3/27/2010__.

2. I am the owner of real property[1] at the following street address:

   __9714 S Broadway St__

   __Los Angeles Ca, 90003__ (the "Property").

3. The Property is encumbered by the following deeds of trust:

   a. First deed of trust in favor of __Score Properties Trustee Fund__.

   b. Second deed of trust in favor of ____ *(if applicable)*.

   c. Third deed of trust in favor of ____ *(if applicable)*.

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

F 3015-1.4
Best Case Bankruptcy

Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments          F 3015-1.4
Local Bankruptcy Rule 3015-1(m) - Page 2 of 3

| In re<br>Omar I Martinez | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 2:10-bk-21584-VK |

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| Score Properties Trustee Fund<br>3200 Mulford ASve Ste 201<br>Lynwood Ca, 90262 | $2,017.00 | 1-15th May 2010 | 05/12/2010 |
| | $6,267.00 | 1-15th June 2010 | 06/25/2010 |
| | $6,417.00 | 1-15th July 2010 | 07/19/2010 |
| Creditor | | | |
| | | | |
| | | | |
| | | | |
| Creditor | | | |
| | | | |
| | | | |
| | | | |
| | | | |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

(Continued on next page)

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                           F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                     Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*    F 3015-1.4
*Local Bankruptcy Rule 3015-1(m) - Page 3 of 3*

| In re<br>Omar I Martinez | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 2:10-bk-21584-VK |

6. Attached to this declaration are copies of the:

   ☐ cashier's checks,    ☐ money orders,    ☐ certified funds, or

   ☒ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☐ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☒ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Date  July 20, 2010                     Signature  _____
                                                   Omar I Martinez
                                                   Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy

1  L. Bishop Austin, Esq. (SBN 175497)
   L. BISHOP AUSTIN & ASSOCIATES
2  3250 Wilshire Blvd., Ste 1500
   Los Angeles, CA 90010
3  Tel: (213)388-4939  Fax (213)388-2411
   Email: lbishopbk@yahoo.com
4  Attorney for Debtor(s)

5              **UNITED STATES BANKRUPTCY COURT**

6        **CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

7  In Re:                                    **CHAPTER 13**
8                                            CASE NO: 2-10-bk-21584-VK
   Omar Ismael Martinez
9                                            DECLARATION RE: MORTGAGE PAYMENT SENT
              Debtor(s)                      TO LENDER(s)
10                                           [NO HEARING REQUIRED]

11

12

13  I, Omar Ismael Martinez, am the debtor in this case, and the statements made herein are true and of my

14  own knowledge and if called upon and sworn, I could and would testify competently thereto.

15       On July 19, 2010 I went to Score Properties Trustee Fund to make my mortgage payment for

16  both of the propertys I have total with all units my mortgage payment $6,267.00. See attached copy of

17  the receipt(s) Score Properties trustee Fund gives me when I take my payments.

18       This payment is for the month of July, 2010.

19  I declare under penalty of perjury under the laws of the United States of America that the foregoing is

20  true and correct.

21
22  Dated: July 20, 2010              _____
                                              Debtor
23

24                                    _____
25                                            Joint Debtor

July 2010

